UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

YILMAZ KAYMAK,                          :        25-cv-9270 (SHS)

              Plaintiff,          :        <u>ORDER</u>

       -v-                              :

ZEYNEP OZDAS,                           :

            Defendant.          :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The initial pretrial conference having been held today, with counsel for plaintiff present, defendant's attorney participating by telephone,

      IT IS HEREBY ORDERED that:

1.     The last day for completion of discovery is April 10, 2026; and

2.     There will be a status conference on April 16, 2026, at 3:00 p.m.

Dated: New York, New York
       January 14, 2026

                   SO ORDERED:

                   Sidney H. Stein, U.S.D.J.