UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

YILMAZ KAYMAK,                                    :        25-cv-9270 (SHS)

                        Plaintiff,                :        ORDER OF DISMISSAL

          -against-                               :

ZEYNAP OZDAS,                                     :

                        Defendant.                :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        In light of the Final Report of Mediator that agreement was reached on all issues in this
matter [ECF Entry # 13],

        IT IS HEREBY ORDERED that this action is dismissed with prejudice and without
costs; provided, however, that within 30 days of the date of this Order any party may reinstate
this action in writing if the settlement has not been effectuated by that time.


Dated: New York, New York
       March 23, 2026

                                                SO ORDERED:

                                                _____
                                                Sidney H. Stein, U.S.D.J.